THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WILSON HERNANDEZ, :
:
Petitioner :
v. : 3:11-CV-1824
: (JUDGE MARIANI)
SUPERINTENDENT of SCI-DALLAS, et al., :
:
Respondents :

## ORDER

**AND NOW, THIS 10TH DAY OF SEPTEMBER, 2019**, upon *de novo* review of Magistrate Judge Carlson's Report & Recommendation ("R&R") (Doc. 28), Petitioner's Objections thereto (Docs. 29, 30), and all relevant filings, for the reasons set forth in the accompanying memorandum, **IT IS HEREBY ORDERED THAT**:

1. Petitioner's Objections (Docs. 29, 30) are **OVERRULED** for the reasons explained in this Court's accompanying memorandum.
2. The R&R (Doc. 28) is **ADOPTED** for the reasons explained therein and in this Court's accompanying memorandum.
3. Wilson Hernandez's Motion to Amend Petition for Writ of Habeas Corpus Filed Pursuant to 28 U.S.C. § 2254 (Doc. 22) is **DENIED**.
4. Wilson Hernandez's Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 is **DENIED**.
5. A Certificate of Appealability **SHALL NOT ISSUE**.
6. The Clerk of Court is directed to **CLOSE** the case.

_____
Robert D. Mariani
United States District Judge